STATE OF MAINE *vs.* RAYMOND F. CUSHING.

Piscataquis.    Decided October 4, 1939.    The indictment in this case is not within the statute as it read at the time of the commission of the alleged offense.

For such reason, the exception must be sustained, the demurrer adjudged good and the indictment quashed. Exception sustained. Demurrer adjudged good. Indictment quashed. *Judson C. Gerrish,* County Attorney, for State. *James M. Gillin,* for respondent.